# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DIVISION OF MARYLAND

| | |
|---|---|
| **SHARNESHA STREET** ) | CIVIL CASE NO.: 1:23-CV-01400-RDB |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | |
| **Mayor & City Council of** ) | |
| **Baltimore City, et al.** ) | |
| ) | |
| **Defendants** ) | |

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

NOW COMES Sharnesha Street, by and through her attorneys Brandon C. Jams, Esq., and the Law Offices of Barry Glazer, LLC, and files this opposition to Defendants' Motion to Dismiss, and in support thereof states:

1. On December 22, 2023, Defendants filed a Motion to Dismiss this action claiming failure to state a claim and immunity.

2. Simultaneously with this Motion, Plaintiff is filing a Second Amended Complaint which adds federal claims and facts relevant to this matter and Defendant's Motion to Dismiss.

3. It is assumed that Defendants will file a new Motion to Dismiss with the filing of the Second Amended Complaint, which Plaintiff reserves the right to respond to.

4. With the filing of the Second Amended Complaint, Defendants arguments regarding failure to state a claim are now moot. Thus, Plaintiff request that this Honorable Court deny Defendants' Motion to Dismiss the Amended Complaint and ask this Honorable Court to reserve any remaining issues for any additional pleadings from Defendants.

Respectfully submitted,

/s/
Brandon C. James

AIS:2101130004<br>
Federal Bar No. 22125<br>
P.O. Box 27166<br>
1010 Light Street<br>
Baltimore, MD 21230<br>
Phone: (410) 547-8568<br>
Fax: (410) 547-0036<br>
Email: Bjames@barryglazer.com<br>
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I BRANDON JAMES CERTIFY that the foregoing was sent via first class mailing and or electronic mailing to:

Brent Schubert, Esq.
Baltimore City Law Department
100 N. Holiday Street
Baltimore, MD 21202

                                                                       /s/_____
                                                                   Brandon C. James