### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DIVISION OF MARYLAND

_____

| | | |
|---|---|---|
| **SHARNESHA STREET** | ) | CIVIL CASE NO.: 1:23-CV-01400-RDB |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Mayor & City Council of** | ) | |
| **Baltimore City, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

### PLAINTIFF'S STATUS REPORT

NOW COMES, Sharnesha Street, Plaintiff, by and through undersigned counsel files this status report in accordance with this Court's Order dated September 30, 2024, and in support thereof states:

1. On May 15, 2024, Plaintiff requested a new summons to serve Defendant Terry Love at 5406 Frankford Estates Dr. APT D, Baltimore, MD 21206. The summons was renewed.

2. Plaintiff sent the summons and pleading package to Monumental Process Server so that the case may be served on Defendant. On July 3, 2024, Monumental Process Server made one attempt to serve Defendant at his residence. **See process server attempt attached as Exhibit A.** For an unknown reason, Monumental Process Server did not make additional attempts.

3. As such, service on Defendant has not been perfected but good cause exist not to dismiss this action. Additionally, no Defendant has moved this Honorable Court to dismiss this action, which is required under the Civil Rules of Procedure 41 (b).

**4.** Plaintiff is requesting a new summons and will again send this to Monumental Process

Server so that this case may proceed.

WHEREFORE Plaintiff request that this Honorable Court does not dismiss this action and

allow Plaintiff more time to perfect service.

Respectfully submitted,

/s/

Brandon C. James
AIS:2101130004
Federal Bar No. 22125
P.O. Box 27166
1010 Light Street
Baltimore, MD 21230
Phone: (410) 547-8568
Fax: (410) 547-0036
Email: Bjames@barryglazer.com
*Attorney for Plaintiff*